# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133855

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHAWN JACOB ORT,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133855
COA: 276163
Hillsdale CC: 06-301079
  06-301080, 06-301081,
  06-301093, 06-301094

_____/

On order of the Court, the application for leave to appeal the March 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

t0830